Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 17−16026−MBK
                            Chapter: 7
                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lewis Marc
   dba Sebina LLC, dba El Pix LLC, dba
   Sebina LLC/Hallmarc Public Adjusters
   LLC
   4 Rodeo Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−3129

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/12/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2017
JAN: wir

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lewis Marc  
    Debtor

Case No. 17-16026-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 12, 2017  
                        Form ID: 148     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
db             +Lewis Marc,    4 Rodeo Drive,    Jackson, NJ 08527-4461
516727778       Central Jersey Infectious Disease,    c/o Pressler & Pressler,    7 Entin road,
                 Parsippany, NJ 07054-5020
516727776      +NJ Best,    195 Lehigh Ave.,    Lakewood, NJ 08701-4555
516727777      +SPS Mortgage,    PO Box 65250,    Salt Lake city, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QDESTRAFFI.COM Apr 12 2017 22:08:00      Daniel E. Straffi,    670 Commons Way,    Building I,
                 Toms River, NJ 08755-6431
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2017 22:24:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2017 22:24:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516751535       EDI: BECKLEE.COM Apr 12 2017 22:03:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered
               Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE4 Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```