**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Lewis Marc

**Order Filed on April 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-16026

Hearing Date: _____

Judge: KAPLAN

Chapter: 7

Recommended Local Form:    ☐  Followed    ☐  Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of __the court for failure to file Credit Counseling__ and for good cause shown, it is
re: ORDER TO SHOW CAUSE HEARING

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f),  the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Lewis Marc  
    Debtor

Case No. 17-16026-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 12, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db          +Lewis Marc,    4 Rodeo Drive,    Jackson, NJ 08527-4461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
          Daniel E. Straffi     dstraffi1@comcast.net,    dstraffi@ecf.epiqsystems.com  
          Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee, in trust for registered  
           Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE4 Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 3