Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17–16026–MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lewis Marc
   dba Sebina LLC, dba El Pix LLC, dba
   Sebina LLC/Hallmarc Public Adjusters
   LLC
   4 Rodeo Drive
   Jackson, NJ 08527

Social Security No.:
   xxx–xx–3129

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 18, 2017</u>                    <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court